UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI-SIGNAL INTEGRATION, INC. a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOUZA CONSTRUCTION, INC., a California Corporation, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corporation<br><br>Defendants. | No. 1:15-cv-00882-EPG<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 43) |

On December 13, 2016, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. No. 43.) The parties also jointly request that the pending notice of acceptance of offer of judgment (Doc. No. 37) be withdrawn. In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. All pending deadlines and hearings are hereby STRICKEN;

2. All pending motions are DENIED as moot;

3. The notice of acceptance of offer of judgment (Doc. No. 37) is WITHDRAWN; and

\\\

1

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 13, 2016**                    /s/ *Erica P. Grosjean*
                                                   UNITED STATES MAGISTRATE JUDGE

2